JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 28, 2012

Check No. 2063603

Check Amount: $6,891.66

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-41429-R | 00026 | RAYMOND B. & SHERRI K. MORTON | 14 | XXXXX9767 | 66.17 | 0.00 | 66.17 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 07-42298-R | 00007 | TIMOTHY M. & OVETA R. LOTSPEICH | 3 | 6099 | 15.52 | 0.00 | 15.52 |
| | | Original check written to: CANCER CENTER 5959 HARRY HINES #620 DALLAS, TX 75235 | | | | | |
| 07-42298-R | 00009 | TIMOTHY M. & OVETA R. LOTSPEICH | 7 | XXXXX9595 | 1,534.60 | 0.00 | 1,534.60 |
| | | Original check written to: CENTRAL FINANCIAL CONTROL P. O. BOX 66040 ANAHEIM, CA 92816-6040 | | | | | |
| 07-42298-R | 00038 | TIMOTHY M. & OVETA R. LOTSPEICH | 6 | XXXXX3057 | 105.19 | 0.00 | 105.19 |
| | | Original check written to: CENTRAL FINANCIAL CONTROL P. O. BOX 66040 ANAHEIM, CA 92816-6040 | | | | | |
| 07-42428-R | 00004 | THOMAS D. & DONNA C. WASHBURN | 12 | XXXXX4831 | 139.14 | 0.00 | 139.14 |
| | | Original check written to: BANK OF AMERICA P. O. BOX 1390 NORFOLK, VA 23501-1390 | | | | | |
| 07-42428-R | 00049 | THOMAS D. & DONNA C. WASHBURN | 8 | 9482 | 22.40 | 0.00 | 22.40 |
| | | Original check written to: US DEPARTMENT OF EDUCATION NATIONAL PAYMENT CENTER P. O. BOX 4169 GREENVILLE, TX 75403-4169 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 28, 2012

Check No. 2063603

Check Amount: $6,891.66

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-42457-R | 00027 | BRIDGET ELIZABETH TOMLIN | 5 | XXXXX1134 | 100.16 | 0.00 | 100.16 |
| | | Original check written to: COLUMBUS BANK & TRUST, P. O. BOX 120, COLUMBUS, GA 31902 | | | | | |
| 07-42523-R | 00029 | AMY DORIS ESTEVES | 11 | 6676 | 133.73 | 0.00 | 133.73 |
| | | Original check written to: EDUCATION RESOURCES INSTITUTE, 31 SAINT JAMES AVENUE, BOSTON, MA 02116 | | | | | |
| 07-42529-R | 00008 | LARRY W. & WANDA J. MARTIN | 3 | XXXXX0000 | 8.89 | 3.87 | 12.76 |
| | | Original check written to: DALLAS COUNTY TAX COLLECTOR, C/O LINEBARGER GOGGAN ET AL, 2323 BRYAN STREET, SUITE 1600, DALLAS, TX 75201-2644 | | | | | |
| 07-42530-R | 00011 | CHERYL A. MCCASLAND | 7 | XXXXX6672 | 263.81 | 0.00 | 263.81 |
| | | Original check written to: CALVALRY PORTFOLIO, 7 SKYLINE DRIVE, 3RD FLOOR, HAWTHORNE, NY 10532-2156 | | | | | |
| 07-42638-R | 00002 | RUSSEL D. & PENNY L. HYMAN | 1 | XXXXX3933 | 528.95 | 83.20 | 612.15 |
| | | Original check written to: NATIONAL CITY MORTGAGE CO., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 | | | | | |
| 07-42638-R | 00044 | RUSSEL D. & PENNY L. HYMAN | 12 | 3933 | 318.49 | 49.92 | 368.41 |
| | | Original check written to: NATIONAL CITY MORTGAGE CO., 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 28, 2012

Check No. 2063603

Check Amount: $6,891.66

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-42719-R | 00034 | JEFFREY A. & ROBIN K. BOOKER | 16 | 7526 | 64.45 | 0.00 | 64.45 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 07-42740-R | 00010 | FARAMARZ F. NIKOURAZM & PARVIN M. DADKHAH | 3 | 2031 | 3.37 | 0.00 | 3.37 |
| | | Original check written to: CHASE BANK, USA, NA P. O. BOX 100018 KENNESAW, GA 30156-9204 | | | | | |
| 07-42791-R | 00020 | MICHAEL L. & BRANDY E. DANIELS | 3 | XXXXXA-05 | 481.61 | 134.98 | 616.59 |
| | | Original check written to: FANNIN CAD C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2691 | | | | | |
| 07-42943-R | 00020 | RANDALL EARL & CAMI JO PATZKOWSKI | 7 | XXXXX1670 | 62.91 | 0.00 | 62.91 |
| | | Original check written to: GE MONEY BANK P. O. BOX 5010 CONCORD, CA 94524-0010 | | | | | |
| 08-40915-R | 00002 | CHRISTINA MARIE KRACHT | 8 | XXXXX2445 | 8.74 | 0.00 | 8.74 |
| | | Original check written to: ACS/FIRSTAR TRUSTEE PN 2600 WASHINGTON AVENUE WACO, TX 76710 | | | | | |
| 08-40915-R | 00015 | CHRISTINA MARIE KRACHT | 6 | XXXXX45-1 | 11.76 | 0.00 | 11.76 |
| | | Original check written to: ACS P. O. BOX 22724 LONG BEACH, CA 90801-5724 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 28, 2012

Check No. 2063603

Check Amount: $6,891.66

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-41390-R | 00022 | BART WALTON & NANCY L. GREEN | 8 | 0292 | 198.45 | 0.00 | 198.45 |
| | | Original check written to:<br>MCGAUGHEY MEDICINE CHEST<br>411 MAIN STREET<br>SULPHUR SPRING, TX 75482 | | | | | |
| 08-41583-R | 00040 | DESHAUN J. DOTSON | 1 | 3032 | 271.35 | 0.00 | 271.35 |
| | | Original check written to:<br>CALVALRY PORTFOLIO<br>7 SKYLINE DRIVE, 3RD FLOOR<br>HAWTHORNE, NY 10532-2156 | | | | | |
| 09-40297-R | 00005 | DOROTHY I. MARTINEZ | 3 | XXXXX0300 | 0.00 | 7.51 | 7.51 |
| | | Original check written to:<br>DALLAS COUNTY<br>C/O LINEBARGER, GOGGAN, BLAIR & SAMPSON<br>2323 BRYAN STREET SUITE 1600<br>1720 UNIVISION CENTER<br>DALLAS, TX 75201-2691 | | | | | |
| 10-50061-R | 00002 | WANDA ELLIS | 1 | 9036 | 0.00 | 4.60 | 4.60 |
| | | Original check written to:<br>VANDERBILT MORTGAGE<br>P. O. BOX 9800<br>MARYVILLE, TN 37802-9800 | | | | | |
| 10-42917-R | 00029 | KEVIN WAYNE MESSER | 12 | XXXXX8149 | 23.67 | 0.00 | 23.67 |
| | | Original check written to:<br>ATTORNEY GENERAL OF TEXAS<br>P. O. BOX 659791<br>SAN ANTONIO, TX 78265-9941 | | | | | |
| 11-42190-R | 00023 | TINA R. MILLER | 17 | 9983 | 6.23 | 0.00 | 6.23 |
| | | Original check written to:<br>HSBC<br>P.O. BOX 49356<br>SAN JOSE, CA 95161 | | | | | |
| | | | **TOTALS** | | **$4,369.59** | **$284.08** | **$4,653.67** |