


03/16/2015

IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF TEXAS**

IN RE:

| Timothy M. & Oveta R. Lotspeich<br>Debtor | Case No. 07-42298 |
|---|---|

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

The Court having considered the Application for Payment of Unclaimed Funds filed by:

Tenet Healthcare Corporation
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

("Claimant") for payment of a dividend from unclaimed funds in the amount of $1,534.60.

And, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 2042.

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

Signed on 3/16/2015

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE